UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSAMBLES HYSON S.A. DE C.V.; RAIN BIRD CORPORATION,<br><br>Petitioners,<br><br>v.<br><br>JAVIER EDUARDO CHINCHILLA DE LA HUERTA,<br><br>Respondent. | Case No.: 23-CV-2171 TWR (AHG)<br><br>**ORDER DISMISSING ACTION**<br><br>(ECF No. 15) |

Presently before the Court is Petitioners Ensambles Hyson, S.A. de C.V. and Rain Bird Corporation's ("Petitioners") Notice of Voluntary Dismissal of Entire Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (ECF No. 15, "Not.".)  Good cause appearing, the Court **DISMISSES WITHOUT PREJUDICE** this action in its entirety.  The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: October 4, 2024

_____
Honorable Todd W. Robinson
United States District Judge